IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARSHA STANLEY**                                             PLAINTIFF

v.                             No. 4:24-cv-48-DPM

**TERESA MCDERMOTT, Chief
Financial Officer for Planet and
PLANET HOME LENDING**                                          DEFENDANTS

## ORDER

This case is closely related to another case recently filed in the Eastern District of Arkansas, *Stanley v. McDermott*, Case No. 4:23-cv-1033-JM (E.D. Ark. 27 October 2023). In the interest of judicial economy and consistent rulings, the Clerk of the Court is directed to transfer this case now to the United States District Judge James M. Moody, Jr. by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 January 2024