IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARSHA STANLEY**                                                                                                    **PLAINTIFFF**

**v.**                                     **Case No. 4:24-CV-48-JM**

**TERESA MCDERMOTT,** *et al.*                                                                        **DEFENDANTS**

## **ORDER**

Pending is Defendants' Motion to Dismiss (Doc. No. 6). Plaintiff responded.[1] For the same reasons set out in the Court's January 10, 2024, Order in *Stanley v. McDermott*, No. 4:23-CV-01033-JM,[2] which involved the same claims and issues, the motion is GRANTED. This case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of February, 2024.

                                                                                     UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 10, 11.

[2] Doc. No. 9.