**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MARSHA STANLEY**                                                                              **PLAINTIFFF**

**v.**                                          **Case No. 4:24-CV-48-JM**

**TERESA MCDERMOTT,** *et al.*                                          **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 23rd day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE